UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ACUITY, A MUTUAL INSURANCE : 
COMPANY, :
      Plaintiff, :
      v. :   No. 5:20-cv-03888
POOLS BY SNYDER, LLC, JEFFREY :
SNYDER, and ANTHONY LABBADIA, :
      Defendants. :

**O R D E R**

**AND NOW**, this 10th day of June, 2021, upon consideration of Plaintiff's Motion for Entry of Default Judgment against Defendant Jeffrey Snyder, ECF No. 21, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's motion, ECF No. 21, is **GRANTED.**

2. Declaratory Judgment is **ENTERED** in favor of Plaintiff against Defendant Jeffrey Snyder: Plaintiff does not have a duty to defend or indemnify Jeffrey Snyder in the underlying state court action *Labbadia v. Pools by Snyder LLC*, No. C-48-CV-2020-1707 (Northampton Cty. Ct. Com. Pl.).

3. The above-captioned matter is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
061021